

FILED

OCT 17 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2516-JAH |
| Plaintiff, ) | ORDER RE BAIL |
| v. ) | |
| GORAN CRNILA. (1), ) | |
| Defendant. ) | |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142, a detention hearing was scheduled for October 17, 2007, to determine whether defendant Goran Crnila (the "Defendant") should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter.

At the hearing on October 17, 2007, Assistant United States Attorney Timothy D. Coughlin appeared on behalf of the United States; Attorney Brian Funk, appeared on behalf of the Defendant. The Defendant knowingly and voluntarily waived his right, on the record through counsel, to the setting of bail and a detention hearing, and he stipulated to an order that he remain in custody during the pendency of the above-captioned matter. Based on that waiver and stipulation, the Court orders that the Defendant remain

1  in custody pending trial and, if convicted, sentencing in this
2  matter, without prejudice or waiver of the Defendant's right to
3  apply for bail and conditions of release at a later date, and
4  without prejudice or waiver of the right of the United States to
5  seek detention in the event of an application by the Defendant for
6  such relief.

## ORDER

IT IS HEREBY ORDERED that the Defendant shall remain in custody pending trial and, if convicted, sentencing in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with his counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court, and without prejudice to the Defendant's exercise of his

///

07CR2516

1  right to bail and the Government's right to a detention hearing at
2  a later date.
3       IT IS SO ORDERED.
4
5       DATED: 10/17/07                    _____
                                           WILLIAM McCURINE JR.
6                                          United States Magistrate Judge
7
   Prepared by:
8
9
   _____
10 TIMOTHY D. COUGHLIN
   Assistant U.S. Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                    3                            07CR2516